# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK N. KINSEY, et al.,<br><br>Defendants. | NO: 14-CV-3080-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal of Citibank, N.A., as Trustee, in Trust for Registered Holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-3 (ECF No. 21). Defendant Citibank, N.A., filed a Disclaimer of Interest on March 23, 2015, disclaiming "any and all interest" in the property at issue, any compensation that may be awarded in this matter, and any right to participate in further proceedings. ECF No. 19. Pursuant to the parties' stipulation, all claims and causes of action against Defendant Citibank, N.A. are **DISMISSED** with prejudice and without costs or fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The parties' Stipulated Motion for Dismissal of Citibank, N.A., as Trustee, in Trust for Registered Holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-3 (ECF No. 21) is **GRANTED**. All claims and causes of action against Defendant Citibank, N.A. are **DISMISSED** with prejudice and without an award of costs or fees.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **TERMINATE** Defendant Citibank N.A. from the caption.

**DATED** April 9, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2